IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re

JOSE H. PACHECO,

    Plaintiff.
                                     /

No. C 16-2446 WHA (PR)

**ORDER OF DISMISSAL**

      The clerk opened this case on May 5, 2016, based upon a letter from plaintiff, a California prisoner proceeding pro se, complainig about the conditions of his confinement. The clerk notified plaintiff that he must file a complaint and submit either the filing fee or a completed application to proceed in forma pauperis ("IFP"). Along with these notices, the clerk mailed to plaintiff a form civil rights complaint, an IFP application, instructions, and a stamped return envelope. The notices informed plaintiff that the case would be dismissed if he did not file a complaint and either pay the fee or file the completed IFP application, within 28 days. More than 28 days have passed, and no response from plaintiff has been received. Accordingly, this case is **DISMISSED** without prejudice.

      The Clerk shall enter judgment and close the file.

      **IT IS SO ORDERED.**

Dated: June __6__, 2016.

                                               WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE